**Electronically Filed
Supreme Court
SCWC-21-0000098
11-AUG-2022
01:09 PM
Dkt. 5 OGAC**

SCWC-21-0000098

IN THE SUPREME COURT OF THE STATE OF HAWAI'I

_____

PHILLIP J. BARKER,
Petitioner/Plaintiff-Appellant,

vs.

CHRISTOPHER YOUNG, ADMINISTRATOR,
HAWAI'I CRIMINAL JUSTICE DATA CENTER
Respondent/Defendant-Appellee.

_____

CERTIORARI TO THE INTERMEDIATE COURT OF APPEALS
(CAAP-21-0000098; 1CSP-20-0000183)

ORDER ACCEPTING APPLICATION FOR WRIT OF CERTIORARI
(By: Recktenwald, C.J., Nakayama, McKenna, Wilson, and Eddins, JJ.)

Petitioner/Plaintiff-Appellant Phillip J. Barker's application for writ of certiorari filed on July 8, 2022 is hereby accepted and will be scheduled for oral argument. The parties will be notified by the appellate clerk regarding scheduling.

DATED: Honolulu, Hawai'i, August 11, 2022.

/s/ Mark E. Recktenwald

/s/ Paula A. Nakayama

/s/ Sabrina S. McKenna

/s/ Michael D. Wilson

/s/ Todd W. Eddins

